IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                             IN CAMERA

CHADRIC DEANDRE ANDERSON                 4:05cr37-SPM
_____/

### ORDER

This matter is before the Court upon the government's Motion To Seal Indictment. This motion is GRANTED. Disclosure of the Indictment is authorized only as is necessary for the issuance and execution of an arrest warrant. Otherwise, the Indictment in this case shall remain sealed until the defendant has been arrested.

DONE and ORDERED this 2nd day of August, 2005.

UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

05 AUG -2 PM 4: 39

FILED