IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:05-cr-37-MW/CAS

CHADRIC DEANDRE ANDERSON,

    Defendant.

_____/

## ORDER GRANTING

This Court has considered, without hearing, the Motion to Correct Judgment, ECF No. 68, filed March 13, 2014. The motion is **GRANTED.** The Clerk shall prepare an amended judgment for the sentencing held on March 7, 2014.

**SO ORDERED on March 14, 2014.**

                                                s/Mark E. Walker
                                                **United States District Judge**